## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

ALEXANDRA OSSON,                            :
                                            :
    Plaintiff,                          :
                                            :
v.                                          :       CASE NO.:  7:25-CV-00057 (WLS)
                                            :
SPARKS POLICE DEPARTMENT,                   :
*et al.*                                    :
                                            :
    Defendants.                         :
                                            :

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 18), filed by the Parties on March 31, 2026. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 18). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own costs, expenses, and attorney's fees. Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

    **SO ORDERED**, this 2nd day of April 2026.

                         **/s/ W. Louis Sands**
                         **W. LOUIS SANDS, SR. JUDGE**
                         **UNITED STATES DISTRICT COURT**

1