IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ALEXANDRA OSSON,                                      *

              Plaintiff,                          *

v.                                                                    Case No. 7:25-cv-57 (WLS)

                                        *

SPARKS POLICE DEPARTMENT, et al.,

                                        *

              Defendants.

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 2nd day of April, 2026.

                              David W. Bunt, Clerk

                              s/ Katie Logsdon, Deputy Clerk